ORDERED.

Dated: February 26, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

RONALD PILLAY,                                    Case No. 6:14-bk-10901-CCJ

    Debtor.
_____/
4 Corners Investment Holdings, LLC,

    Plaintiff,                                    Adv Prod. No. 6:15-ap-00059-CCJ

vs.

Ronald Pillay,

    Defendant.
_____/

**ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL
FOR PLAINTIFF, 4 CORNERS INVESTMENT HOLDINGS, LLC**

**THIS CAUSE** having come before the Court on the Joint Motion for Substitution of Counsel for Plaintiff, 4 Corners Investment Holdings, LLC (Doc No. 19) (the "Joint Motion"). Having reviewed the Joint Motion and being more fully advised in the premises, it is:

**ORDERED:**

1.    The Joint Motion is **GRANTED**.

2

2. All future pleadings and correspondence regarding the above-captioned case should be directed to Michael A. Nardella, Esq. of the law firm Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, Florida 32801. Jonathan M. Sykes, and Christopher Thompson, and Burr & Forman LLP are relieved of all further responsibility in this matter.

Michael A. Nardella, Attorney for Plaintiff, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this Order.